IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Jimmy R. Fisher )
P.O. Box 442294 )
Lawrence, Kansas 66044 )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
University of Kansas/Facilities Operations )   Case Number: 10-CV-4102-JAR/DJW
Name )   (To be assigned by Clerk)
)
1503 Sunflower Rd. )
Street and number )
)
Lawrence, KS. 66045 )
City   State   Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.  This employment discrimination lawsuit is based on (check only those that apply):

    **X**  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    _____ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    _____ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,

1

>  for employment discrimination on the basis of disability.
>  **NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*
>
>  \_\_\_\_\_ Other (Describe)
>  _____
>  _____
>  _____

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:
   _____
   (Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:
   *March 2008 to At least April 2009*

   **ADMINISTRATIVE PROCEDURES**

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?
   ✓ Yes    Date filed: *May 6th 2009*
   \_\_\_ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?
   ✓ Yes    Date filed: *April 28, 2009 (on or about)*
   \_\_\_ No

6. Have you received a Notice of Right-to-Sue Letter?
   ✓ Yes \_\_\_ No
   If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:
   \_\_\_\_\_ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
   \_\_\_\_\_ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

2

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   \_\_\_\_ failure to hire me
   \_\_\_\_ termination of my employment
   \_\_\_\_ failure to promote me
   \_\_✓\_ failure to accommodate my disability
   \_\_✓\_ terms and conditions of my employment differ from those of similar employees
   \_\_✓\_ retaliation
   \_\_✓\_ harassment
   \_\_\_\_ reduction in wages
   \_\_\_\_ other conduct (specify):

   _____          _____
                                                     _____
                                                     _____
                                                     _____
                                                     _____

   Did you complain about this same conduct in your charge of discrimination?
   \_\_✓\_ Yes      \_\_\_\_ No

9. I believe that I was discriminated against because of (check all that apply):
   \_\_✓\_ my race or color, which is _____
   \_\_\_\_ my religion, which is _____
   \_\_\_\_ my national origin, which is _____
   \_\_\_\_ my gender, which is \_\_\_\_\_ male; \_\_\_\_\_ female
   \_\_\_\_ my disability or perceived disability, which is _____
   \_\_\_\_ my age (my birth date is: _____)
   \_\_✓\_ other: Did Not want me to become supervisoR

   Did you state the same reason(s) in your charge of discrimination?
   \_\_✓\_ Yes      \_\_\_\_ No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    (1) Constantly harrassing me everynight by finding ways to Fuss at me without respect to my maturity or Age. Pointing a finger in my face several times. (2) writing me up for the same things she let white workers get away with.
    (3) Telling All the new girls that come to work in the building to stay Away from me or I will sexual harrass them.
    (4) Constantly making me look bad in front of other workers, by saying bad things About me, to them when I'm not Around.
    (5) Putting so many bad marks Against my work record that no one would Promote me to supervisor. when I 3 First Applied for supervisor, I had a good work Record.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    \_\_\_\_\_ are still being committed by Defendant.
    \_\_\_\_\_ are no longer being committed by Defendant.
    ✓ may still be being committed by Defendant.

12. Plaintiff:
    \_\_\_\_\_ still works for Defendant
    ✓ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    \_\_\_\_\_ Yes    \_\_\_\_\_ No
    Explain: _____

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
\_\_\_\_\_ Defendant be directed to employ Plaintiff
\_\_\_\_\_ Defendant be directed to re-employ Plaintiff
\_\_\_\_\_ Defendant be directed to promote Plaintiff
\_\_\_\_\_ Defendant be directed to _____
\_\_\_\_\_ Injunctive relief (please explain): _____
✓ Monetary damages (please explain): For pain, suffering + stress
✓ Costs and fees involved in litigating this case
\_\_\_\_\_ As additional relief to make Plaintiff whole, Plaintiff seeks: _____

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 26th day of August, 2010.

Jimmy R. Fisher
Signature of Plaintiff
Jimmy R. Fisher
Name (Print or Type)
P.O. Box 442294
Address
Lawrence, KS. 66044
City State Zip Code
785-727-8996
Telephone Number

4

Case 5:10-cv-04102-DJW   Document 1   Filed 08/27/10   Page 5 of 6

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita ☐, Kansas City ☐, or Topeka ☑ ), Kansas as the location for the trial in this matter.
(check one location)

*Jimmy R. Fisher*
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ☑ yes ☐ no .
(check one)

*Jimmy R. Fisher*
Signature of Plaintiff

Dated: 8-26-2010

(Rev. 8/07)

5

## Additional Information

I was actually picked on and harrassed everyday. At Night I could not rest because I worried my next night at work, what would the supervisor(s) find next to pick on me about. I constantly got headaches and stress, knowing what would happen the night and nights I go to work, my complaints were not being heard. From getting fingers pointed in my face, and being called a "Liar" several time, to "if I had the power, i'd break you like a twig."

I personally whitnessed another black gentleman, get pushed to the point where he gave his two weeks notice. He was also overworked. Another young black Girl, about 22 yrs. old, worked in our department also. She dissapeared. When I did see her she said they purposely pulled her away from her regular work to do other things (work). By doing this she did not have time to finish her regular work. The white workers were not treated like this.

I adjusted to most of the work they gave me, eventhough it was to much to finish in our time frame. I knew they wanted me to walk out, i was not, so I continued to adjust and get the work done. Noticing this, they decided to convince girls to state that I harrassed them.